Núm. 8528.—Solla, apldo. *v.* Sucn. Maisonet, etc., apltes.—C. D. Bayamón. Cobro de hipoteca. Marzo 4, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción del demandante y apelado, por la que solicita la desestimación del presente recurso;

Por cuanto, de la certificación anexa a dicha moción aparece que la sentencia apelada fué dictada por la Corte de Distrito de Bayamón el 16 de enero de 1942; que el escrito de apelación fué radicado el 10 de marzo de 1942; y que desde esa fecha hasta el presente los

apelantes no han solicitado la transcripción de la evidencia ni han hecho gestión alguna para perfeccionar la apelación;

Por TANTO, se declara con lugar la moción y se desestima por abandono el recurso.

El Juez Asociado Sr. De Jesús no intervino.